IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-453-JLK**

**ESMERALDA BALDERAS**,

    Plaintiff,

v.

**COLORADO DEPARTMENT OF TRANSPORTATION and
BRANDI L. PETERSON**,

    Defendants.

## ORDER OF DISMISSAL

**KANE, J. ORDERS**

On August 11, 2008, this court issued an Order to Show Cause requiring the plaintiff to show cause in writing why this case should not be dismissed for failure to prosecute. No response was filed. It is, therefore

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m), Federal Rules of Civil Procedure.

DATED at Denver, Colorado this 25th day of August, 2008.

                        BY THE COURT:

                        *S/John L. Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT