IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-453-JLK**

**ESMERALDA BALDERAS**,

    Plaintiff,

v.

**COLORADO DEPARTMENT OF TRANSPORTATION and
BRANDI L. PETERSON**,

    Defendants.

---

## ORDER REOPENING CASE

**KANE, J. ORDERS**

Upon consideration of Plaintiffs' Motion to Reopen Case (doc. #4), filed August 26, 2008, it is

**ORDERED** that the motion is **GRANTED.** The Order of Dismissal (doc. #3) entered on August 25, 2008 is **VACATED** and the case is **REOPENED**.

DATED at Denver, Colorado this 27th day of August, 2008.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT