IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-00453-CMA

ESMERALDA BALDERAS, Individually and as next friend of
BRIANNA BALDERAS, and
ESMERALDA OZUNA,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and
BRANDIE L. PETERSON,

    Defendants.

## ORDER GRANTING DISMISSAL OF PARTY DEFENDANT

This matter is before the Court on Plaintiff's Notice of Dismissal of the Colorado Department of Transportation (Doc. # 17), which the Court interprets as a motion. Having considered the motion for dismissal, and pursuant to F.R.Civ.P. 41 (a)(1)(a), the Court hereby

ORDERS that Defendant Colorado Department of Transportation is DISMISSED WITHOUT PREJUDICE, Plaintiff Balderas and Defendant Colorado Department of Transportation bear her or its own costs.

IT IS FURTHER ORDERED that the caption of all subsequent filings in this matter shall reflecting Brandie L. Peterson as the sole remaining defendant.

DATED: November  6th , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge