IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-00453-CMA

ESMERALDA BALDERAS, Individually and as next friend of
BRIANNA BALDERAS, and
ESMERALDA OZUNA,

    Plaintiffs,

v.

BRANDIE L. PETERSON,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulated Motion To Dismiss Plaintiffs' Claims With Prejudice (Doc. # 27). The Court having considered the stipulation, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs.

DATED: February  9 , 2009

                BY THE COURT:

                *Christine M. Arguello*
                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge